PER CURIAM.
Affirmed. Amisub of Fla., Inc. v. Billington, 560 So.2d 1271 (Fla. 3d DCA 1990); State Farm Fire & Casualty Co. v. Pritcher, 546 So.2d 1060 (Fla. 3d DCA 1989); Mortgage Corp. of America v. Inland Constr. Co., 447 So.2d 990 (Fla. 3d *979 DCA 1984), pet. for review denied, 456 So.2d 1182 (Fla.1984); see also Hensley Inc. Co. v. Echols, 159 Fla. 824, 31 So.2d 625 (1947); Bryan v. Justice, 247 So.2d 340 (Fla. 3d DCA 1971), cert, denied, 250 So.2d 898 (Fla.1971).
SCHWARTZ, C.J., and FERGUSON, J., concur.